HEINZE et al., Respondents, v. ROTHSCHILD et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Otto Heinze and others

against Maier Rothschild and another. A. Gruber, for appellants. O. Horwitz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HENNING et al., Appellants, v. BENNETT et al., Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Charles W. Henning and another against Seymore Bennett and another. No opinion. Judgment and order affirmed.

HERDIGEN, Respondent, v. SCHNEE, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by John Herdigen against Alexander H. Schnee. R. Lorech, for appellant. W. R. Bronk, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HERTZLER, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Maude A. Hertzler against the city of Buffalo. No opinion. Judgment and order affirmed. DWIGHT, P. J., not voting.